## 2315.   GRAHAM v. THE STATE.

HILL, C. J.   1. The prosecutor and the defendant were members of a lodge
of the same secret fraternal benevolent order, called "The Supreme Cir-
cle." The defendant made a written accusation against the prosecutor,
charging him with aiding and abetting a felonious assault made upon
the person of a brother member. The accusation was made within the
order, in strict accordance with the rules, and apparently for the sole
purpose of having the charges investigated by the members of the lodge,
under its rules. *Held:* (1) The written accusation was one of qualified
privilege. (2) The burden was on the prosecutor to show that the ac-
cusation was both false in fact and malicious in purpose. (3) The prose-
cutor did not successfully carry the burden, but, on the contrary, the
und⁔ ⁔ ⁔ ⁔ nce proved that the defendant, in making the publica-
tio          ..      .. .'s of the lodge, acted in good faith, without malice,
a: : f..ly v ;Unin his privilege as a member of the lodge. *Graham* v.
*State,* 6 *Ga. App.* 436 (65 S. E. 167); *Lester* v. *Thurmond,* 51 *Ga.* 118;
*Atlanta News Co.* v. *Medlock,* 123 *Ga.* 719 (51 S. E. 756, 3 L. R. A.
(N. S.) 1139); Redgate v. Roush, 61 Kan. 480 (59 Pac. 1050, 48 L. R.
A. 236).                                                    *Judgment reversed.*

Accusation of libel; from city court of Abbeville—Judge Nich-
olson.   November 11, 1909.

Argued January 12,—Decided February 10, 1910.

*Hal Lawson,* for plaintiff in error.

*M. B. Cannon, solicitor,* contra.